IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JONATHON STEWART DAVIS                                                                     PLAINTIFF

v.                                       4:18cv00764-JM-JJV

PULASKI COUNTY REGIONAL
DETENTION FACILITY; *et al.*
                                                                                           DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff can proceed with his inadequate nutrition claim against Defendant Aaramark.

2. All claims against Defendant PCRDF are DISMISSED with prejudice.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendation would not be taken in good faith.

DATED this 3rd day of December, 2018.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE